FILED ____ ENTERED
LODGED ____ RECEIVED

DEC 18 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-259 JCC |
|---|---|
| Plaintiff | |
| | **INFORMATION** |
| v. | |
| RYAN S. HERNANDEZ,<br>   also known as "RyanRocks,"<br>   also known as "Ryan West," | |
| Defendant. | |

The United States Attorney charges that:

## COUNT 1

**(Computer Fraud and Abuse)**

1. The defendant, RYAN S. HERNANDEZ, also known as "RyanRocks" and "Ryan West," a resident of Palmdale, California, committed the successful intrusion of protected computers and servers of a victim company, namely, Nintendo Co., Ltd., and its U.S. subsidiary, Nintendo of America (collectively, "Nintendo"). RYAN S. HERNANDEZ targeted Nintendo and specifically data and files related to its array of video games and consoles.

Information - 1
*United States v. Ryan S. Hernandez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. RYAN S. HERNANDEZ, through the use of stolen credentials and certificates, accessed without authorization various protected servers belonging to Nintendo, including multiple servers located in the Western District of Washington and elsewhere.

3. Through such unauthorized server access, RYAN S. HERNANDEZ downloaded thousands of files, including proprietary developer tools and non-public information relating to pre-release or unreleased products and pre-production testing and development of various retail titles.

4. RYAN S. HERNANDEZ both used the stolen data and files for his own purposes, including to modify Nintendo consoles and to access pirated and unreleased video games, and further disseminated to others stolen data and information about Nintendo's internal computer network and its products.

5. Beginning in or about June 2018, and continuing until at least on or about June 19, 2019, at Redmond, within the Western District of Washington, and elsewhere, the defendant, RYAN S. HERNANDEZ, intentionally accessed a computer without authorization, to wit, a server containing information belonging to Nintendo, and thereby obtained information from a protected computer, and the value of the information obtained exceeded $5,000.

All in violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)(B)(iii).

## ASSET FORFEITURE ALLEGATION

6. The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i). Upon conviction of the offense charged in Count 1, the defendant, RYAN S. HERNANDEZ, shall forfeit to the United States any property constituting, or derived from, proceeds he obtained, directly or indirectly, as the result of the offense. The defendant shall also forfeit his interest in

Information - 2
*United States v. Ryan S. Hernandez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

any personal property that he used or intended to use to commit or to facilitate the commission of the offense, including but not limited to:

    a.    One Seagate external hard drive, serial no. Z84112WS;

    b.    One Apple Macbook, serial no. C02MN8TDFD57;

    c.    Nintendo Switch console, serial no. XAW10001300634;

    d.    Nintendo Switch console serial no. XAW10021377616;

    e.    IS-Nitro-Emulator, serial no. 08050639); and

    f.    NDEV wireless device, serial no. NMA20089065).

7.    **Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

///

///

///

Information - 3
*United States v. Ryan S. Hernandez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant up to the value of the above-described forfeitable property pursuant to Title 21, United States Code, Section 853(p).

DATED this 17th day of December, 2019.

BRIAN T. MORAN
United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney

STEVEN T. MASADA
Assistant United States Attorney

Information - 4
United States v. Ryan S. Hernandez

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970