UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN HERNANDEZ,<br><br>　　　　　Defendant. | No. CR19-259 JCC<br><br>NOTICE OF APPEARANCE OF COUNSEL |

Please take notice that Christopher Black of Black Law, PLLC hereby enters his appearance as counsel in this matter for defendant, Ryan Hernandez, and requests that all future papers and pleadings, except original process, be directed to the below-noted address.

Respectfully submitted this 26th day of December, 2019.

BLACK LAW, PLLC

s/ Christopher Black
Christopher Black
Attorney for Ryan Hernandez
Black Law, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:　　　206.623.1604
Fax:　　　　206.658.2401
Email:　　　chris@blacklawseattle.com

NOTICE OF APPEARANCE OF COUNSEL
(*Ryan Hernandez*; No. CR19-259 JCC) - 1

BLACK LAW, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401