_____FILED _____ENTERED
_____LODGED _____RECEIVED

**JAN 21 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                          DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RYAN S. HERNANDEZ,<br>  also known as "RyanRocks,"<br>  also known as "Ryan West,"<br><br>Defendant. | NO. CR19-259JCC<br><br>**SUPERSEDING INFORMATION** |

The United States Attorney charges that:

## COUNT 1

### (Computer Fraud and Abuse)

1.     The defendant, RYAN S. HERNANDEZ, also known as "RyanRocks" and "Ryan West," a resident of Palmdale, California, committed the successful intrusion of protected computers and servers of a victim company, namely, Nintendo Co., Ltd., and its U.S. subsidiary, Nintendo of America (collectively, "Nintendo"). RYAN S. HERNANDEZ targeted Nintendo and specifically data and files related to its array of video games and consoles.

Superseding Information - 1
*United States v. Ryan S. Hernandez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.     RYAN S. HERNANDEZ, through the use of stolen credentials and certificates, accessed without authorization various protected servers belonging to Nintendo, including multiple servers located in the Western District of Washington and elsewhere.

3.     Through such unauthorized server access, RYAN S. HERNANDEZ downloaded thousands of files, including proprietary developer tools and non-public information relating to pre-release or unreleased products and pre-production testing and development of various retail titles.

4.     RYAN S. HERNANDEZ both used the stolen data and files for his own purposes, including to modify Nintendo consoles and to access pirated and unreleased video games, and further disseminated to others stolen data and information about Nintendo's internal computer network and its products.

5.     Beginning in or about June 2018, and continuing until at least on or about June 19, 2019, at Redmond, within the Western District of Washington, and elsewhere, the defendant, RYAN S. HERNANDEZ, intentionally accessed a computer without authorization, to wit, a server containing information belonging to Nintendo, and thereby obtained information from a protected computer, and the value of the information obtained exceeded $5,000.

All in violation of Title 18, United States Code, Section 1030(a)(2)(C) and (c)(2)((B)(iii).

## COUNT 2

### (Possession of Child Pornography)

6.     Beginning on a date unknown but continuing until at least on or about June 19, 2019, at Palmdale, California, within the Central District of California, and elsewhere, the defendant, RYAN S. HERNANDEZ, knowingly possessed matter that contained visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by

Superseding Information - 2
*United States v. Ryan S. Hernandez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  any means, including by computer, and which had been produced using materials that

2  had been mailed and shipped and transported in and affecting interstate and foreign

3  commerce by any means, including by computer, and the depictions of child pornography

4  involved include images of a prepubescent minor and a minor who had not attained 12

5  years of age.

6  All in violation of Title 18, United State Code, Section 2252(a)(4)(B) and (b)(2).

7  ## ASSET FORFEITURE ALLEGATION

8  ### (Count 1)

9  7.  The allegations contained in Count 1 of this Superseding Information are

10  hereby realleged and incorporated by reference for the purpose of alleging forfeiture

11  pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i).  Upon

12  conviction of the offense charged in Count 1, the defendant, RYAN S. HERNANDEZ,

13  shall forfeit to the United States any property constituting, or derived from, proceeds he

14  obtained, directly or indirectly, as the result of the offense. The defendant shall also

15  forfeit his interest in any personal property that he used or intended to use to commit or to

16  facilitate the commission of the offense, including but not limited to:

17      a.    One Seagate external hard drive, serial no. Z84112WS;

18      b.    One Apple Macbook, serial no. C02MN8TDFD57;

19      c.    Nintendo Switch console, serial no. XAW10001300634;

20      d.    Nintendo Switch console serial no. XAW10021377616;

21      e.    IS-Nitro-Emulator, serial no. 08050639); and

22      f.    NDEV wireless device, serial no. NMA20089065).

23  ### (Count 2)

24  8.  The allegations contained in Count 2 of this Superseding Information are

25  hereby realleged and incorporated by reference for the purpose of alleging forfeiture

26  pursuant to Title 18, United States Code, Section 2253(a).  Upon conviction of the

27  offense charged in Count 2, the defendant, RYAN S. HERNANDEZ, shall forfeit to the

28  United States any property, real or personal, used or intended to be used to commit or to

1  promote the commission of such offense, or any property traceable to such property; any

2  property, real or personal, constituting or traceable to gross profits or other proceeds

3  obtained from such offense; and any visual depiction described in Title 18, United States

4  Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine,

5  periodical, film, videotape, or other matter which contains any such visual depiction,

6  which was produced, transported, mailed, shipped, or received, in violation of

7  Chapter 110, Title 18, United States Code, including but not limited to the following:

8         a.      One Seagate external hard drive, serial no. Z84112WS; and

9         b.      One Apple Macbook, serial no. C02MN8TDFD57.

10     9.     **Substitute Assets.**  If any of the above-described forfeitable property, as a

11  result of any act or omission of the defendant,

12         a.      cannot be located upon the exercise of due diligence;

13         b.      has been transferred or sold to, or deposited with, a third party;

14         c.      has been placed beyond the jurisdiction of the Court;

15         d.      has been substantially diminished in value; or

16         e.      has been commingled with other property which cannot be divided

17               without difficulty;

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28

Superseding Information - 4
*United States v. Ryan S. Hernandez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   it is the intent of the United States to seek the forfeiture of any other property of the

2   defendant up to the value of the above-described forfeitable property pursuant to Title 21,

3   United States Code, Section 853(p).

4

5       DATED this 21st day of January, 2020.

6

7

8                      BRIAN T. MORAN

9                      United States Attorney

10

11

12                     ANDREW C. FRIEDMAN

                        Assistant United States Attorney

13

14

15                     STEVEN T. MASADA

16                      Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

Superseding Information - 5
*United States v. Ryan S. Hernandez*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970