___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 31 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Chief Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-259JCC |
|---|---|
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| RYAN S. HERNANDEZ, | |
| Defendant. | |

I, RYAN S. HERNANDEZ, having been advised of the nature of each charge and that each charge is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Superseding Information, do knowingly, and with advice of counsel,

//
//
//

WAIVER OF INDICTMENT/ - 1
RYAN S. HERNANDEZ, CR19-259JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

DATED this 3⁵ᵗ day of January, 2020.

_____
RYAN S. HERNANDEZ
Defendant

_____
SARA L. CAPLAN
Attorney for Defendant

_____
STEVEN MASADA
Assistant United States Attorney

APPROVED:

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

WAIVER OF INDICTMENT/ - 2
RYAN S. HERNANDEZ, CR19-259JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970