_____ **FILED**   _____ **ENTERED**
_____ **LODGED**  _____ **RECEIVED**

**JAN 31 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN S. HERNANDEZ,<br><br>Defendant. | NO. CR19-259JCC<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my pleas in this case before a United States District Judge. I hereby declare my intention to enter pleas of guilty in the above case, and I request and consent to the acceptance of my pleas by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States

//

//

//

RULE 11 PLEA/ - 1
RYAN S. HERNANDEZ, CR19-259JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 21ˢᵗ day of January, 2020.

_____
RYAN S. HERNANDEZ
Defendant

_____
SARA L. CAPLAN
Attorney for Defendant

APPROVED:

_____
STEVEN MASADA
Assistant United States Attorney

RULE 11 PLEA/ - 1
RYAN S. HERNANDEZ, CR19-259JCC