Chief Magistrate Judge Brian A. Tsuchida

\_\_\_\_ FILED  \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

JAN 31 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN S. HERNANDEZ,<br><br>Defendant. | NO. CR19-259JCC<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY, AND NOTICE OF SENTENCING |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Counts 1 and 2 of the Superseding Information. After examining the defendant under oath, I determined that the guilty pleas were knowingly, intelligently, and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore ordered a presentence report. Subject to the Court's consideration of the Plea

//

//

//

RULE 11 PLEA/ - 1
RYAN S. HERNANDEZ, CR19-259JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Agreement pursuant to Fed. R. Crim. P. 11(c)(3), I recommend that the defendant be
2  adjudged guilty and have sentence imposed.

   DATED this  31  day of January, 2020.

   _____
   BRIAN A. TSUCHIDA
   Chief United States Magistrate Judge

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

RULE 11 PLEA/ - 1
RYAN S. HERNANDEZ, CR19-259JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970