Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN S. HERNANDEZ,<br><br>Defendant. | NO.  CR19-259JCC<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the defendant to the charges contained in the Superseding Information, and the defendant is adjudged guilty of such offense.  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this _____ day of January, 2020.


_____
UNITED STATES DISTRICT JUDGE

RULE 11 PLEA/ - 1
RYAN S. HERNANDEZ, CR19-259JCC