UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff(s),

vs,

RYAN S. HERNANDEZ ,

Defendant(s).

Case Number: CR19-259 JCC

**AGREEMENT TO SUPERVISE DEFENDANT**

I AGREE AND PROMISE THAT, for as long as this charge is pending against the defendant and (s)he is release from custody:

(1)     I will generally supervise the defendant;

(2)     I will use my best efforts to assure the appearance of the defendant at all scheduled hearings before the United States District Judge and before the United States Magistrate Judge;

(3)     If I lose contact with the defendant, or if to my knowledge the defendant violates any condition of the Appearance Bond, I will notify the office of the United States Attorney at (206) 553-7970, and the United States Pretrial Services office at (206) 370-8950.

(4)     OTHER:

_____

_____

DATED this 31 Day of 1 , 20 20

Ruben Hernandez, Sheila Hernandez
_____
Print Name

_____
Signature