WA/WD PTS-
Modification
(01/19)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington

### Report on Defendant Under Pretrial Services Supervision

**Date of Report:** 02/20/2020

**Name of Defendant:** Ryan S. Hernandez                    **Case Number:** 2:19CR00259JCC-001

**Name of Judicial Officer:**  The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge

**Original Offense:**  Count 1: Computer Fraud and Abuse; Count 2: Possession of Child Pornography

**Date Supervision Commenced:** 01/31/2020

Bond Conditions Imposed:

- Travel is restricted to the Western District of Washington and the Central District of California, or as directed by Pretrial Services.

- Release on third-party custody to: Ruben and Sheila Hernandez.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- Do not peruse or possess sexually explicit material as defined in Title 18, USC, Section 2256(2)(8).

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to Wi-Fi (wireless fidelity) connections.

- The defendant shall not go to places, enter, nor loiter in or around areas where minors are known to congregate, such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, or other similar places, without the prior approval of the probation officer.

- The defendant shall not affiliate with, own, control, and/or be employed in any capacity by a business, organization, and/or volunteer activity that causes him/her to regularly contact persons under the age of 18.

- You shall not have contact with any person under the age of 18 without the permission of the Pretrial Services Office. You may be required to be chaperoned by an adult, pre-approved by Pretrial Services, when in the presence of minors.

The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge                                    Page 2
Report on Defendant Under Pretrial Services Supervision                                                        2/20/2020

## PETITIONING THE COURT

☒        To modify the conditions of supervision

**ADD:**

The defendant may have supervised contact in the presence of a chaperone with his adopted brother, Lucas Hernandez, and his sister's child, Hazel Morales-Hernandez, both minors.

**ADD:**

The defendant shall sign a release of information to allow the probation officer to obtain records from his treatment provider(s).

## CAUSE

On January 31, 2020, Mr. Hernandez was released on bond with the above noted special conditions. He resides in California with his parents, and he is currently being supervised in the Central District of California by Special Offender Specialist Ileen Rodrigues. Officer Rodrigues has advised that their district does not have a formal sex offender chaperone program; however, she has agreed to have Mr. Hernandez and his parents sign the conditions/rules our district typically use for approved chaperones.

The bond conditions require Mr. Hernandez, or his parents contact Officer Rodrigues each time Mr. Hernandez may come in contact with or frequent areas where minors congregate. Because the defendant lives with a minor and his sister has a child who visits on occasion, it is recommended a condition allowing him supervised contact with his adopted brother and his sister's child in the presence of a chaperone would eliminate numerous contacts to Officer Rodrigues for permission.

Additionally, the defendant's current mental health provider is unaware of his pending charges. A release form signed by the defendant is necessary to monitor compliance with treatment, be aware of the defendant's mental health needs, and to advise the treatment provider of his current situation.

I have notified defense counsel, Sara Caplan, and Assistant United States Attorney, Steven Masada, and they concur with the recommendation. In addition, a Waiver of Hearing form signed by the defendant is attached for your review. Sentencing for Mr. Hernandez is scheduled for April 21, 2020.

I swear under penalty of perjury that the                    APPROVED:
foregoing is true and correct.                                   Connie Smith
                                                                         Chief United States Probation and Pretrial Services Officer

Executed on this 20th day of February, 2020.          BY:

_____                    _____
Lorraine Bolle                                                       Jerrod F. Akins
United States Probation Officer                            Supervising United States Probation Officer

The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge          Page 3
Report on Defendant Under Pretrial Services Supervision                                  2/20/2020

## THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Modify the Conditions as noted above
☐ Other

_____
Brian A. Tsuchida, Chief United States Magistrate Judge

3|9|2020
_____
                                    Date