WA/WD PTS-Warrant
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant for Defendant Under Pretrial Services Supervision

**Date of Report:** 10/15/2020

**Name of Defendant:** Ryan S. Hernandez     **Case Number:** 2:19CR259 JCC

**Name of Judicial Officer:**  The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge

**Original Offense:**  Count 1: Computer Fraud and Abuse
                       Count 2: Possession of Child Pornography

**Date Supervision Commenced:** 01/31/2020

Bond Conditions Imposed:

- Travel is restricted to the Western District of Washington and the Central District of California, or as directed by Pretrial Services.

- Release on third-party custody to: Ruben and Sheila Hernandez.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- Do not peruse or possess sexually explicit material as defined in Title 18, USC, Section 2256(2)(8).

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

- The defendant shall not go to places, enter, nor loiter in or around areas where minors are known to congregate, such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, or other similar places, without the prior approval of the probation officer.

- The defendant shall not affiliate with, own, control, and/or be employed in any capacity by a business, organization, and/or volunteer activity that causes him/her to regularly contact persons under the age of 18.

- You shall not have contact with any person under the age of 18 without the permission of the Pretrial Services Office. You may be required to be chaperoned by an adult, pre-approved by Pretrial Services, when in the presence of minors.

ADDED 3/9/2020:

- The defendant may have supervised contact in the presence of a chaperone with his adopted brother, Lucas Hernandez, ad his sister's child, Hazel Morales-Hernandez, both minors.

- The defendant shall sing a release of information to allow the probation officer to obtain records from his treatment providers(s).

The Honorable Brian A. Tsuchida, Chief United States Magistrate Judge           Page 2
Petition for Warrant for Defendant Under Pretrial Services Supervision          10/15/2020

## PETITIONING THE COURT

☒   To issue a warrant under seal

I allege the defendant has violated the following conditions of supervision:

### Nature of Noncompliance

1. Ryan Hernandez has violated the special condition requiring he not access the internet or have others do so on his behalf without prior approval of Pretrial Services by accessing the internet since on or before April 2020.

I incorporate by reference the information contained in the attached memorandum.

### United States Probation Officer Recommendation:
☒   Issue a warrant

☒   Detention pending final adjudication due to:
☒    Risk of nonappearance
☒    Danger to community

I consulted with Assistant United States Attorney Steven Masada, and he concurs with my recommendation.

I swear under penalty of perjury that the           APPROVED:
foregoing is true and correct.                      Monique D. Neal
                                                    Chief United States Probation and Pretrial Services Officer

Executed on this 15th day of October, 2020.         BY:

_Jaymie Parkhurst_                                  _Michael R. Markham_
Jaymie Parkhurst                                    Michael R. Markham
Supervising United States Probation Officer         Assistant Deputy Chief United States Probation Officer

---

### THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_Brian A. Tsuchida_
Brian A. Tsuchida, Chief United States Magistrate Judge
10/15/2020
Date