The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN HERNANDEZ, <br><br> Defendant. | No. CR19-259 JCC <br><br> ORDER GRANTING MOTION TO CONDUCT REMOTE SENTENCING HEARING |

THIS MATTER comes before the Court upon Defendant's motion to conduct the sentencing hearing scheduled before this Court for Tuesday, November 17, 2020, at 11:00 a.m., by video conference under the procedures outlined in General Order No. 04-20.

Having considered the materials submitted in support of the motion, as well as the balance of the record, the Court FINDS that the hearing cannot be further delayed without serious harm to the interests of justice and therefore GRANTS this motion.

The Court ORDERS that the sentencing hearing scheduled before this Court for Tuesday, November 17, 2020, at 11:00 a.m., shall be held by video conference under the procedures outlined in General Order No. 04-20.

ORDER GRANTING MOTION TO CONDUCT
REMOTE SENTENCING HEARING
(*Ryan Hernandez*; No. CR19-259 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

DONE THIS \_\_\_\_ day of _____, 2020.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

LAW OFFICE OF SARA L. CAPLAN

<u>s/ Sara L. Caplan</u>
Sara L. Caplan
Attorney for Ryan Hernandez

BLACK & ASKEROV, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Ryan Hernandez

ORDER GRANTING MOTION TO CONDUCT
REMOTE SENTENCING HEARING
(*Ryan Hernandez*; No. CR19-259 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401