The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN HERNANDEZ,<br><br>　　　　　Defendant. | No. CR19-259 JCC<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |

　　　　I, Ryan Hernandez, the above named defendant, acknowledge that I have been advised by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be personally present in open court to any hearing involving a criminal proceeding to which I am a party.

　　　　I am scheduled to have the following hearing(s) on (fill in date):

<u>Sentencing, November 17, 2020</u>.

　　　　I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19), the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge Ricardo S. Martinez in the Western District of Washington has issued General Orders regarding Emergency Hearings. As a result, I cannot currently be personally present in open court for this

DEFENDANT'S WAIVER OF IN-PERSON
APPEARANCE AND CONSENT TO PROCEED BY
VIDEO/TELEPHONIC CONFERENCE
(*Ryan Hernandez*; No. CR19-259 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

scheduled hearing. Therefore, I wish to waive my right to be personally present in open court for the above-hearing, and acknowledge that my right to due process under the Constitution is best protected by moving forward with the hearing by video/telephonic conference.

I have discussed with my lawyer this consent to appear and participate by video/telephonic conference and have agreed to the same.

I have also authorized my lawyer to electronically execute this form on my behalf.

Respectfully submitted this 30th day of October, 2020.

_____
Lawyer's signature, electronically executed
On behalf of Ryan Hernandez

DEFENDANT'S WAIVER OF IN-PERSON
APPEARANCE AND CONSENT TO PROCEED BY
VIDEO/TELEPHONIC CONFERENCE
(*Ryan Hernandez*; No. CR19-259 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401