The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN S. HERNANDEZ, <br><br> Defendant. | NO. CR19-259-JCC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Michelle Jensen hereby appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Michelle Jensen at:

> MICHELLE JENSEN
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA  98101
> (206) 553-2619
> Michelle.Jensen@usdoj.gov

///

Notice of Appearance - 1
*United States v. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 4th day of November, 2020.

                                    Respectfully submitted,

                                    BRIAN T. MORAN
                                    United States Attorney


                                     /s/ Michelle Jensen
                                    MICHELLE JENSEN
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    700 Stewart Street, Suite 5220
                                    Seattle, WA 98101
                                    (206) 553-2619
                                    Michelle.Jensen@usdoj.gov

Notice of Appearance - 2
*United States v. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

        */s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:   (206) 553-4132
Donna.R.Taylor@usdoj.gov

Notice of Appearance - 3
*United States v. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970