The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN S. HERNANDEZ, <br><br> Defendant. | NO. CR19-259-JCC <br><br> **MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE** <br><br> NOTE ON MOTION CALENDAR: <br><br> November 13, 2020 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b) for entry of a Preliminary Order of Forfeiture forfeiting, to the United States, Defendant Ryan S. Hernandez's interest in the following property:

1. One Seagate external hard drive, serial no. Z84112WS;
2. One Apple Macbook, serial no. C02MN8TDFD57;
3. Nintendo Switch console, serial no. XAW10001300634;
4. Nintendo Switch console, serial no. XAW10021377616;
5. IS-Nitro-Emulator, serial no. 08050639; and,
6. NDEV wireless device, serial no. NMA20089065.

This motion is based on the following procedural facts, which are reflected in the

Motion for Entry of a Preliminary Order of Forfeiture - 1
*United States v. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

pleadings filed in this matter. On January 31, 2020, the Defendant entered pleas of guilty to Computer Fraud and Abuse, in violation of 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B), and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Dkt. No. 11). In his plea agreement, the Defendant agreed to forfeit his interest in the above-identified electronics pursuant to 18 U.S.C. § 1030(i), as they facilitated his commission of the Computer Fraud and Abuse offense (Dkt. No. 11, ¶ 9).

To comply with the timing requirements of Fed. R. Crim. P. 32.2(b)(2)(B), the United States now moves for entry of a Preliminary Order forfeiting the Defendant's interest in these electronics. A proposed Order is submitted with this motion.

DATED this 4th day of November, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 /s/ Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Motion for Entry of a Preliminary Order of Forfeiture - 2
*United States v. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2020, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which automatically serves the ECF participants of record.

    */s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:   (206) 553-4132
Donna.R.Taylor@usdoj.gov

Motion for Entry of a Preliminary Order of Forfeiture - 3
*United States v. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970