# Andy Quach

| | |
|---|---|
| **From:** | cacd ecfmail |
| **Sent:** | Friday, November 13, 2020 3:01 PM |
| **To:** | ecfnef CACD |
| **Subject:** | Activity in Case 2:20-mj-05450-DUTY USA v. Hernandez Notice to Receiving District of Criminal Case Transfer |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 11/13/2020 at 3:01 PM PST and filed on 11/13/2020

**Case Name:** USA v. Hernandez
**Case Number:** [2:20-mj-05450-DUTY](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Notice to Western District of Washington of a Rule 5 or Rule 32 Initial Appearance as to Defendant Ryan Hernandez. Your case number is: CR-19-259-JCC. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: [4] Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),. The finance office will transmit the cash deposit The Clerk will forward the passport to you If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (mat)**

**2:20-mj-05450-DUTY-1 Notice has been electronically mailed to:**

US Attorney's Office    USACAC.Criminal@usdoj.gov, CaseView.ECF@usdoj.gov

Sara L Caplan    saralcaplan@gmail.com

**2:20-mj-05450-DUTY-1 Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**