**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

<span style="color:orange">**CLOSED**</span>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:20-mj-05450-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Hernandez | Date Filed: 11/09/2020 |
| | Date Terminated: 11/10/2020 |

Assigned to: Duty Magistrate Judge

### Defendant (1)

| | | |
|---|---|---|
| **Ryan Hernandez**<br>REG 49881-086<br>*TERMINATED: 11/10/2020* | represented by | **Sara L Caplan**<br>Law Offices of Sara L Caplan<br>9828 Yoakum Drive<br>Beverly Hills, CA 90210<br>310-550-5877<br>Fax: 310-550-5878<br>Email: saralcaplan@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Ryan Hernandez, originating in the Western District of Washington. Defendant charged in violation of: 18:3583. Signed by agent Zulma Machado, USMS DSO. filed by plaintiff USA. (mat) (Entered: 11/13/2020) |
| 11/09/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Ryan Hernandez; defendants Year of Birth: 1999; date of arrest: 11/9/2020 USMS# 49881-086 (mat) (Entered: 11/13/2020) |
| 11/09/2020 | 3 | SEALED Defendant Ryan Hernandez arrested on warrant issued by the USDC Western District of Washington at Seattle. (Attachments: # 1 Memorandum) (mat) (Entered: 11/13/2020) |
| 11/09/2020 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Pedro V. Castillo as to Defendant Ryan Hernandez Defendant arraigned and states true name is as charged. Attorney: Sara L Caplan for Ryan Hernandez, Retained, present. Court orders bail set as: Ryan Hernandez (1) Personal Recognizance, see bond for conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Western District of Washington. Bond to Transfer. Defendant ordered to report on 11/16/20 at 9:00 am.. Release Order No. 39892. Advisement and Consent form submitted. Court Reporter: Chia Mei. (mat) (Entered: 11/13/2020) |
| 11/09/2020 | 6 | MINUTES OF IN CHAMBERS MANDATORY RULE 5(f) ORDER by Magistrate Judge Pedro V. Castillo: as to Defendant Ryan Hernandez. [See document for details.] Court Reporter: Chia Mei. (mat) (Entered: 11/13/2020) |
| 11/09/2020 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Ryan Hernandez. (mat) (Entered: 11/13/2020) |
| 11/09/2020 | 8 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Sara L Caplan appearing for Ryan Hernandez. (mat) (Entered: 11/13/2020) |
| 11/09/2020 | 9 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Ryan Hernandez. (mat) (Entered: 11/13/2020) |

| | | |
|---|---|---|
| 11/09/2020 | 10 | WAIVER OF RIGHTS approved by Magistrate Judge Pedro V. Castillo as to Defendant Ryan Hernandez. (mat) (Entered: 11/13/2020) |
| 11/10/2020 | 5 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Ryan Hernandez conditions of release: Personal Recognizance approved by Magistrate Judge Pedro V. Castillo. (mat) (Entered: 11/13/2020) |
| 11/13/2020 | | Notice to Western District of Washington of a Rule 5 or Rule 32 Initial Appearance as to Defendant Ryan Hernandez. Your case number is: CR-19-259-JCC. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). The finance office will transmit the cash deposit. The Clerk will forward the passport to you. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (mat) (Entered: 11/13/2020) |