The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-259JCC |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO SEAL** |
| RYAN S. HERNANDEZ, | |
| Defendant. | |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Steven T. Masada, Assistant United States Attorney for said District, respectfully requests that the Exhibits 1, 2, 4 and 5 of the Sentencing Memorandum be filed under seal because they contain sensitive material, including personal data and medical information.

DATED this 25th day of November, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney
Phone: (206) 553-4282
E-mail: Steven.Masada@usdoj.gov

Government's Motion to Seal - 1
U.S. v. Hernandez/CR19-259JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970