The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN S. HERNANDEZ, <br><br> Defendant. | NO. CR19-259JCC <br><br> **[PROPOSED] ORDER SEALING** |

The Court, having considered the Government's motion and other records in this case, HEREBY grants the motion and SEALS the Exhibits 1, 2, 4 and 5 of the Sentencing Memorandum.

DATED this _____ day of November, 2020.

_____
JOHN C. COUGHENOUR
United States District Judge

Presented by:

*/s/ Steven T. Masada*
STEVEN T. MASADA
Assistant United States Attorney

Order Sealing
*U.S. v. Hernandez*/CR19-259JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970