# EXHIBIT F

# ROGER PIMENTEL, JR.

100 West High Street #381  (805) 341-9392
Moorpark, California 93020  sentencingadvocate@gmail.com

Services offered by **SENTENCING CONSULTANT** with expertise in sex offense-related matters, extensive pre-custody and pre-trial services in US District Court, and a Master's degree education in Public Policy and Administration.

## SUMMARY OF QUALIFICATIONS

- Over 15 years of strong and diverse experience in **SENTENCING RECOMMENDATIONS**, including:
  - FEDERAL/STATE SENTENCING ALTERNATIVES RESEARCH
  - CASE LOAD MANAGEMENT
  - ELECTRONIC and GPS MONITORING
  - PRIVATE SENTENCING REPORTS
  - CLIENT INTERVIEWS and SOCIAL HISTORIES
  - PLACEMENT DESIGNATION CONSULTING
  - COURT and LAW ENFORCEMENT LIAISON
  - POLICIES and PROGRAMS DEVELOPMENT
  - VIOLENT SEXUAL PREDATOR PROGRAM ADMINISTRATION
  - MODEL SEX OFFENDER TREATMENT PROGRAM
  - SEX OFFENDER MANAGEMENT PRESENTATIONS
  - PUBLICATIONS
  - DEPARTMENT OF JUSTICE PEER REVIEW
  - REGULATORY COMPLIANCE
  - AWARDS and RECOGNITIONS
  - TROUBLESHOOTING and PROBLEM-SOLVING

- Training provider in sex offender management issues for the California Department of Corrections and Rehabilitation, Correction Standards Authority, presenting workshops to probation and parole officers throughout California.

- Recipient of multiple awards and recognitions from California's Central District US Court, including *Officer of the Year,* and from the Administrative Office of the US Courts.

- Willing to travel domestically and internationally.

- Fully bilingual: Reads, writes and speaks fluent Spanish.

- A dedicated, organized, adaptable, and conscientious professional with outstanding communication skills, who works well under pressure both independently and in a team setting.

## PROFESSIONAL EXPERIENCE

2012-Present   SENTENCING SERVICES; Moorpark, California
**Private Sentencing Consultant**
- Prepare private sentencing reports for defense attorneys of clients pre-plea and/or pending sentencing for sex offenses, involving development of social histories through client interviews and research; research of sentencing alternatives, including halfway houses, electronic monitoring, community service, etc.
- Provide pre-custody services and placement designation consultations as needed.

2006-Present   LIBERTY HEALTH CARE, CALIFORNIA CONDITIONAL RELEASE PROGRAM
San Diego, California
**Southern California Regional Coordinator**
- Contracted to State Department of Mental Health to administer California's Sexual Violent Predator Civil Commitment Program, providing high-intensity monitoring of high-risk sex offenders.

2002-2012   US DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Los Angeles, California
**Senior United States Pretrial Services Officer/Program Administrator**
- Managed sex offender management program, supervising four team members overseeing fifty-person case load, including development and implementation of pretrial sex offender treatment program (now a national model) and computer monitoring to supervise sex offenders.
- Contributed to national policy manual on *Better Practices of Sex Offender Management* and served as point person with courts, law enforcement, media, and the defense community on sex-offender-related issues.

Prior:   VENTURA COUNTY PROBATION AGENCY; Ventura, California
**Deputy Probation Officer/Pre-sentence Investigations**

## EDUCATION

CALIFORNIA LUTHERAN UNIVERSITY; Thousand Oaks, California
**Master of Public Administration: Criminal Justice Policy**
**Bachelor of Arts in Spanish Linguistics: Administration of Justice**

## SEMINARS (partial list)

*Using the Internet & Social Networks as Investigative Resource*
*Getting Past the Pandemonium: Public Police and Current Sex Offenders*
*Understanding Sexual Addiction: Assessment, Treatment, and Referral*

| | |
|---|---|
| *Suicide Prevention, Intervention, and Postvention* | *The Addicted Brain* |
| *Sex Offender Management and Community Safety* | *Polygraph Examinations* |
| *Together We Can End Sexual Abuse* | *ADHD and Sex Addiction* |
| *Electronic Monitoring/Field Search Certification* | *Crimes Against Children* |
| *National Symposium on Cyber Crime* | *Managing Sex Offenders' Computer Use* |
| *Evidence-Based Practices Treatment Services* | *Sexuality Meets Social Technology* |
| *Critical Incident Stress Management* | *Computer Forensics* |

## AWARDS and RECOGNITIONS (*partial list*)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:
- *Chief's Award* (2007) for Leadership in Sex Offender Program/Electronic Monitoring
- *Officer of the Year* (2006)
- *Certificate of Appreciation* (2006) for Contributions to Officer Standards Branch

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS:
- Nominee for *Director's Award* (2009)

## PUBLICATIONS

Co-authored with Jon Muller: *The Containment Approach to Managing Defendants with Sex Offenses*, FEDERAL PROBATION JOURNAL, A JOURNAL OF CORRECTIONAL PHILOSOPHY AND PRACTICE (December 2010).

Co-authored with Ian Friedman, Kristina Supler, Robert Weiss: *Sexual Offenders: How to Create a More Deliberative Sentencing Process*, THE CHAMPION MAGAZINE (December 2009).

Co-authored with Drs. James M. Byrne and Arthur J. Lurigio: *New Defendants, New Responsibilities: Preventing Suicide Among Alleged Sex Offenders in the Federal Pretrial System*, FEDERAL PROBATION JOURNAL, A JOURNAL OF CORRECTIONAL PHILOSOPHY AND PRACTICE (September 2009).

## PRESENTATIONS (*partial list*)

"Sexual Offender Management 101" (legal issues and community supervision of child pornography offenders), a series of workshop presentations for the Federal bench in Central District of California, 2010-2011.

"How to Supervise Cyber Offenders without Being a Geek": American Probation and Parole Association Annual Training Conference, 2010.

"Crisis Management for Pretrial Sex Offenders": California Coalition on Sexual Offending Annual Meeting, 2009.

"National Sex Offender Management Curriculum, Pilot Presentation": American Probation and Parole Association Annual Meeting, 2007.

Sexual Predator Apprehension Team Presentation
Program Chair: Ninth Circuit Symposium of Sexual Offending
National GPS Electronic Monitoring Symposium
Federal Probation & Pretrial Officers Association National Training Institute
National Pretrial Services Conference
Program Chair: National Symposium on Cyber Crime
Western Regional Evidence-Based Practices Treatment Services
National IT Conference for Pretrial Services and Probation
National Association of Pretrial Services Agencies

## PROFESSIONAL MEMBERSHIPS

*Association of Sexual Abuse Investigators*
*American Parole and Probation Association*
*California Coalition on Sexual Offending*