The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RYAN HERNANDEZ, <br><br> Defendant. | No. CR19-259 JCC <br><br> MOTION TO SEAL <br><br> **Note for Consideration:** <br> **December 4, 2020** |

Defendant, Ryan Hernandez, respectfully moves this Court to permit Exhibits A, B and E to his sentencing memorandum, which will be filed under seal in conjunction with this motion, to remain under seal as they relate to confidential and sensitive personal medical information.

Respectfully submitted this 25th day of November, 2020.

        LAW OFFICE OF SARA L. CAPLAN

        <u>s/ Sara L. Caplan</u>
        Sara L. Caplan
        Attorney for Ryan Hernandez
        Law Office of Sara Caplan
        3550 Wilshire Blvd. #1130
        Los Angeles, CA  90010
        Phone: 310.550.5877
        Email: saralcaplan@gmail.com

        BLACK & ASKEROV, PLLC

        <u>s/ Christopher Black</u>
        Christopher Black
        Attorney for Ryan Hernandez
        Black & Askerov, PLLC
        705 Second Avenue, Suite 1111
        Seattle, WA  98104
        Phone: 206.623.1604
        Fax: 206.658.2401
        Email: chris@blacklawseattle.com