The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RYAN HERNANDEZ,<br><br>        Defendant. | No. CR19-259 JCC<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon Defendant's motion to permit Exhibits A, B and E to his sentencing memorandum to remain under seal as they relate to confidential and sensitive personal medical information.

The Court FINDS that Exhibits A, B and E to Defendant's sentencing memorandum contain confidential and sensitive personal medical information which should remain under seal. The Court therefore GRANTS the motion to seal and ORDERS that Exhibits A, B and E to Defendant's sentencing memorandum shall remain under seal.

DONE THIS ____ day of _____, 2020.

_____
The Honorable John C. Coughenour
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*Ryan Hernandez*; No. CR19-259 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Presented by:

LAW OFFICE OF SARA L. CAPLAN

<u>s/ Sara L. Caplan</u>
Sara L. Caplan
Attorney for Ryan Hernandez

BLACK & ASKEROV, PLLC

<u>s/ Christopher Black</u>
Christopher Black
Attorney for Ryan Hernandez

ORDER GRANTING MOTION TO SEAL
(*Ryan Hernandez*; No. CR19-259 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401