The Honorable John C. Coughenour

FILED (DROP BOX)

NOV 25 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN S. HERNANDEZ,<br><br>Defendant. | NO. CR19-259JCC<br><br>NOTICE FILING PHYSICAL MATERIALS – CD/DVDs – with CLERK |

COMES NOW the United States of America, through Brian T. Moran, United States Attorney for the Western District of Washington, and Steven T. Masada, Assistant United States Attorney, and submits this Notice of Filing Physical Materials – CD/DVD – with the Clerk.

This disk contains video of Exhibit 3 to the Government's Sentencing Memorandum.

//
//
//

NOTICE OF FILING CD/DVDs
*United States v. Hernandez*, CR19-149 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The CD/DVD is encrypted due to current DOJ polices regarding security and encryption of removable electronic media.[1] The password for this CD/DVD will be sent to Judge's Orders email box. Please contact the undersigned if you have any difficulties viewing the material.

DATED this 25th of November, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

/s/ Steven T. Masada
STEVEN T. MASADA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-4440
Fax: (206) 553-4282
E-mail: Steven.Masada@usdoj.gov

---

[1] See DOJ Order 2640.2F and USAP No. 3-16-200-015, Electronic Media Security and Encryption

NOTICE OF FILING CD/DVDs
*United States v. Hernandez*, CR19-149 RAJ- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970