The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN HERNANDEZ,<br><br>　　　　　Defendant. | No. CR19-259 JCC<br><br>STIPULATED MOTION TO EXTEND REPORT DATE<br><br>**Note for Consideration**:<br>**January 12, 2021** |

　　　Defendant, Ryan Hernandez, by his undersigned counsel, respectfully moves the Court to extend the date by which he must report to Bureau of Prisons ("BOP") custody to a date no earlier than February 15, 2021. The government, by Assistant United States Attorney Steven Masada, stipulates to this extension.

　　　The BOP has set Mr. Hernandez's report date for January 15, 2021. However, Mr. Hernandez requires further evaluation of a potentially serious health condition, as set forth in the attached letters from his medical providers (Exhibit 1). As reflected in these letters, Mr. Hernandez requires additional testing to determine the seriousness of the situation and to determine the best course of treatment. Defense counsel submit that it would be in the interest of both Mr. Hernandez and the Bureau of Prisons to resolve these issues prior to Mr. Hernandez

STIPULATED MOTION TO EXTEND REPORT
DATE (*Ryan Hernandez*; No. CR19-259 JCC) - 1

Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

reporting to serve his sentence.  For these reasons, the parties stipulate that the Court should enter an order extending Mr. Hernandez's report date to a date no earlier than February 15, 2021.

Respectfully submitted this 12th day of January, 2021.

LAW OFFICE OF SARA L. CAPLAN

s/ Sara L. Caplan
Sara L. Caplan
Attorney for Ryan Hernandez
Law Office of Sara Caplan
3550 Wilshire Blvd. #1130
Los Angeles, CA  90010
Phone:        310.550.5877
Email:         saralcaplan@gmail.com


BLACK & ASKEROV, PLLC

s/ Christopher Black
Christopher Black
Attorney for Ryan Hernandez
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
Phone:        206.623.1604
Fax:            206.658.2401
Email:         chris@blacklawseattle.com



s/ Steven Masada
Steven Masada
Assistant United States Attorney

STIPULATED MOTION TO EXTEND REPORT
DATE (*Ryan Hernandez*; No. CR19-259 JCC) - 2

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401