The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN HERNANDEZ,<br><br>        Defendant. | No. CR19-259 JCC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND REPORT DATE |

THIS MATTER comes before the Court upon Defendant's Stipulated Motion to Extend Report Date.

Having considered the materials submitted in support of the motion, as well as the balance of the record, the Court FINDS that there is good cause to grant the motion and that it would be in the best interests of justice to do so, and therefore GRANTS this motion.

The Court ORDERS that Defendant's date to report to and self-surrender at Federal Correction Institution- Danbury shall be extended to a date no earlier than Monday, February 15, 2021.

ORDER GRANTING STIPULATED MOTION TO
EXTEND REPORT DATE
(*Ryan Hernandez*; No. CR19-259 JCC) - 1

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401

1    DONE THIS _____ day of _____, 2021.

2

3                                          _____
                                           The Honorable John C. Coughenour
4                                          United States District Judge

5    Presented by:

6    LAW OFFICE OF SARA L. CAPLAN

7

8    s/ Sara L. Caplan
     Sara L. Caplan
9    Attorney for Ryan Hernandez

10

     BLACK & ASKEROV, PLLC
11

12   s/ Christopher Black
     Christopher Black
13   Attorney for Ryan Hernandez

14

15

16

17

18

19

20

21

22

23

24

25

BLACK & ASKEROV, PLLC
705 Second Avenue, Suite 1111
Seattle, WA  98104
206.623.1604 | Fax:  206.658.2401