# Exhibit 1

# ANTELOPE VALLEY NEUROSCIENCE MEDICAL GROUP

| | | |
|---|---|---|
| **ABDALLAH S FARRUKH, MD** <br> Neurological Surgery | 42135 10th Street West <br> Lancaster, CA  93534 <br> 661-945-6931 <br> FAX  661-945-4592 | **L. JANUMPALLY MD** <br> Neurology |
| **MANPRIT DHILLON, MD** <br> **MD** <br> Neurological Surgery | | **GAUTAM KARETI,** <br> Neurology |

**MUKESH MISRA, MD**
Neurological Surgery

January 7, 2021

I saw Ryan Hernandez in my office today.  Plan is a 21-year-old patient who has been recently diagnosed with pituitary microadenoma.  He does not have a full hormonal workup in my office today apparently, he is still pending results from that.  He is also due to see an endocrinologist tomorrow.  At this time, I would recommend him to have a visual field and funduscopic examination for his eyes.  It will be prudent at this time to have a proper workup for his pituitary microadenoma pain identify treatment plan and at that time it will be safer for us to give more long-term treatment plan and management.  Any questions please feel to call us at any time regarding this patient.

Thank you

Sincerely

Mukesh Misra, MD, FAANS
Neurosurgery

**ANTELOPE VALLEY ENDOCRINOLOGY**
SPECIALIZING IN DIABETES MGMT, THYROID DISEASES & HORMONAL DISEASES
Ashiq V. Patel M.D.
1331 West Avenue J, Suite 206, Lancaster, CA 93534
Phone (661) 949-8882   Fax (661) 949-8686

01/08/2021

Dear Sir/ Madam,

I am writing this letter to you regarding Mr. Ryan Hernandez. I am an Endocrinologist who specializes in the treatment of Hormonal Issues. Mr. Hernandez was recently diagnosed with a Pituitary Disorder; he has a small growth on the Pituitary Gland which can affect the production of certain hormones. As a result he was referred to me for further evaluation. I reviewed Mr. Hernandez's records and found that a complete work up had not been completed. It is essential that a proper evaluation is performed, as any dysfunction of the Pituitary Hormones could be life threatening. I understand that Mr. Hernandez will not be available for further evaluation as of next week and I can not complete my work up in that time frame. It would be in Mr. Hernandez's best interest if can complete his medical evaluation before his departure. If you have any questions, please do not hesitate to contact me at (661)949-8882.

Sincerely,

Ashiq V. Patel MD