THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0259-JCC |
| Plaintiff, | ORDER |
| v. | |
| RYAN S. HERNANDEZ, | |
| Defendant. | |

This matter comes before the Court on the Government and Defendant Ryan S. Hernandez's stipulated motion to extend Mr. Hernandez's report date (Dkt. No. 52).

Mr. Hernandez pleaded guilty to one count of computer fraud and abuse and one count of possession of child pornography, (Dkt. Nos. 11, 15), and on December 1, 2020, the Court sentenced him to 36 months of imprisonment (Dkt. Nos. 49, 50). The Bureau of Prisons has set Mr. Hernandez's report date for January 15, 2021. (Dkt. No. 52 at 1.) The parties ask to extend Mr. Hernandez's report date to February 15, 2021 because he was recently diagnosed with a pituitary disorder and needs further evaluation to develop a long-term treatment and management plan. (*Id.* at 1–2; Dkt. No. 53.) According to Mr. Hernandez's doctor, a complete medical evaluation, which Mr. Hernandez has not yet had, is essential because any dysfunction of the pituitary hormones can be life-threatening. (Dkt. No. 53.) Having thoroughly considered the parties' motion and the relevant record, and finding good cause, the Court hereby GRANTS the

1  motion (Dkt. No. 52) and ORDERS that Mr. Hernandez's date to report and self-surrender at
2  FCI-Danbury is extended to a date no earlier than Monday, February 15, 2021.
3        DATED this 13th day of January 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE