The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYAN S. HERNANDEZ,<br><br>　　　　Defendant. | No. CR19-259-JCC<br><br>**MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br><br>February 12, 2021 |

　　The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(2) for entry of a Final Order of Forfeiture forfeiting to the United States the following property, which has already been forfeited by the Defendant Ryan S. Hernandez:

1. One Seagate external hard drive, serial no. Z84112WS;
2. One Apple Macbook, serial no. C02MN8TDFD57;
3. Nintendo Switch console, serial no. XAW10001300634;
4. Nintendo Switch console, serial no. XAW10021377616;
5. IS-Nitro-Emulator, serial no. 08050639; and,
6. NDEV wireless device, serial no. NMA20089065.

Motion for Entry of a Final Order of Forfeiture - 1
*United States v. Ryan S. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This motion is based on the following procedural facts, which are reflected in the pleadings filed and orders entered in this matter, as well as the supporting declaration of Assistant United States Attorney ("AUSA") Michelle Jensen.

On January 31, 2020, the Defendant entered pleas of guilty to Computer Fraud and Abuse, in violation of 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B), and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (Dkt. No. 11). In his plea agreement, the Defendant agreed to forfeit his interest in the above-identified electronics pursuant to 18 U.S.C. § 1030(i), as they facilitated his commission of the Computer Fraud and Abuse offense (Dkt. No. 11, ¶ 9). On November 23, 2020, the Court entered a Preliminary Order of Forfeiture finding the electronics forfeitable pursuant to 18 U.S.C. § 1030(i) and forfeiting the Defendant's interest in them (Dkt. No. 39).

Thereafter, as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture and its intent to dispose of the electronics in accord with governing law (Dkt. No. 51). That notice informed any third parties claiming an interest in the electronics that they were required to file a petition with the Court within 60 days of the notice's first publication on December 2, 2020 (*Id.*). As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States sent notice and a copy of the Preliminary Order to five individuals who appeared to be potential claimants based on the underlying investigative material. *See* Declaration of AUSA Michelle Jensen, ¶ 2, Exs. A – E. As provided by 21 U.S.C. § 853(n)(2), the notice informed the recipients that if they wanted to assert an interest in the electronics, they were required to file a petition within 30 days. *See id*. Those notices were all delivered on December 30, 2020. *See id.*

No third-party claims have been filed and the relevant period for doing so has now expired – on January 29, 2021 for the direct notices and on January 31, 2021 for the published notice. *See* 21 U.S.C. § 853(n)(2), Fed. R. Crim. P. 32.2(b)(6), and Fed. R. Civ. P., Supp. R. G(5)(a)(ii).

Motion for Entry of a Final Order of Forfeiture - 2
*United States v. Ryan S. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As the Defendant's rights in these electronics have been forfeited to the United States and ancillary proceedings have now concluded, the United States respectfully requests the Court enter a final order forfeiting them to the United States. A proposed order is submitted with this motion.

DATED this 3rd day of February, 2021.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 /s/ Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Motion for Entry of a Final Order of Forfeiture  - 3
*United States v. Ryan S. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on February 3rd, 2021, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF system, which automatically serves the ECF participants of record.

    */s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:    (206) 553-4132
Donna.R.Taylor@usdoj.gov

Motion for Entry of a Final Order of Forfeiture  - 4
*United States v. Ryan S. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970