1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE
9

10   UNITED STATES OF AMERICA,              No. CR19-259-JCC

11               Plaintiff,

12          v.                              **DECLARATION OF
                                            AUSA MICHELLE JENSEN
13   RYAN S. HERNANDEZ,                     IN SUPPORT OF MOTION
                                            FOR ENTRY OF A FINAL
14               Defendant.                 ORDER OF FORFEITURE**

15

16

17

18   I, MICHELLE JENSEN, declare and say:

19          1.     I am a duly appointed Assistant United States Attorney ("AUSA") for the

20   Western District of Washington. I am assigned to the above-captioned case, along with

21   AUSA Steven Masada.

22          2.     After reviewing the relevant investigative materials, the United States

23   identified five potential claimants to the electronics forfeited by the Defendant Ryan

24   Hernandez. The United States sent direct notices of the pending forfeitures to the

25   potential claimants at their last-known mailing addresses. All five of those notices were

26   delivered on December 30, 2020. True and correct copies of those notices, and the

27   associated delivery records, are attached as Exhibits A – E.

28

Declaration of AUSA Jensen in Support of
Motion for Entry of a Final Order of Forfeiture  - 1
*United States v. Ryan S. Hernandez,* CR19-259-JCC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 3rd day of February, 2021 at Seattle, Washington.


 */s/ Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Declaration of AUSA Jensen in Support of
Motion for Entry of a Final Order of Forfeiture  - 2
*United States v. Ryan S. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **<u>EXHIBIT A</u>**

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Michelle Jensen
*Assistant United States Attorney*
*Direct Line: (206) 553-2619*

*700 Stewart Street, Suite 5220*    Tel: (206) 553-7970
*Seattle WA, 98101-1271*    Fax: (206) 553-6934
*www.usdoj.gov/usao/waw*

December 18, 2020

***Via United States Postal Service Priority Mail***
**Tracking No.: 9114 9023 0722 4845 6086 47**

J████ H██████
██████████
Palmdale, California    93551

RE:    **Notice of Property Preliminarily Forfeited in**
       ***United States v. Ryan S. Hernandez,*** **Case No. CR19-259-JCC**
       **United States District Court for the Western District of Washington**

Dear Ms. H██████:

This letter is to notify you that the property identified in the enclosed Preliminary Order of
Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture
to the United States. We are sending you this notice pursuant to Federal Rule of Criminal
Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that
are filed claiming an interest in it. The recognized bases for stating an interest in criminally
forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such
an interest in this property and want to contest the final forfeiture, **you must file a petition
within 30 days of receiving this letter**. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed
under penalty of perjury, must state the nature and extent of your interest in the property
(including the time and circumstances under which you acquired your interest and any additional
facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also
recommend you reference the case title and number in your petition.

You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 370-8400).

If you do file a petition, I would ask that you kindly send a copy to me as well, at the reply address identified in the letterhead above.

Sincerely,

BRIAN T. MORAN
United States Attorney

MICHELLE JENSEN
Assistant United States Attorney

Enclosure

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 9114902307224845608647                                    Remove ✕

Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA
93551.

 **Delivered**

December 30, 2020 at 4:27 pm
Delivered, In/At Mailbox
PALMDALE, CA 93551

**Get Updates** ⌄

---

**Text & Email Updates**                                                          ⌄

---

**Tracking History**                                                              ⌃

**December 30, 2020, 4:27 pm**
Delivered, In/At Mailbox
PALMDALE, CA 93551
Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

---

**December 29, 2020, 6:10 am**
Out for Delivery
PALMDALE, CA 93550

---

**December 29, 2020, 1:38 am**
Arrived at Post Office
PALMDALE, CA 93550

---

**December 28, 2020**
In Transit to Next Facility

---

**December 27, 2020, 1:34 pm**
Departed USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 26, 2020, 11:33 am**
Arrived at USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 25, 2020, 7:28 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

Feedback

---

**December 25, 2020, 12:22 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information** ⌄

---

**See Less** ⌃

# **<u>EXHIBIT B</u>**

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Michelle Jensen                                        700 Stewart Street, Suite 5220    Tel: (206) 553-7970
*Assistant United States Attorney*                     Seattle WA, 98101-1271            Fax: (206) 553-6934
*Direct Line: (206) 553-2619*                          www.usdoj.gov/usao/waw

December 18, 2020

***Via United States Postal Service Priority Mail***
**Tracking No.: 9114 9023 0722 4845 6086 30**

M▆▆▆▆ H▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆
Palmdale, California    93551

RE:    **Notice of Property Preliminarily Forfeited in**
       ***United States v. Ryan S. Hernandez,*** **Case No. CR19-259-JCC**
       **United States District Court for the Western District of Washington**

Dear Ms. H▆▆▆▆▆▆:

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, **you must file a petition within 30 days of receiving this letter**. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 370-8400).

If you do file a petition, I would ask that you kindly send a copy to me as well, at the reply address identified in the letterhead above.

Sincerely,

BRIAN T. MORAN
United States Attorney

MICHELLE JENSEN
Assistant United States Attorney


Enclosure

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…**

# USPS Tracking®

FAQs >

### Track Another Package  +

**Tracking Number:** 9114902307224845608630

Remove ✕

Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

 **Delivered**

December 30, 2020 at 4:27 pm
Delivered, In/At Mailbox
PALMDALE, CA 93551

**Get Updates** ∨

Feedback

---

**Text & Email Updates**                                                ∨

---

**Tracking History**                                                    ∧

**December 30, 2020, 4:27 pm**
Delivered, In/At Mailbox
PALMDALE, CA 93551
Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

---

**December 29, 2020, 6:10 am**
Out for Delivery
PALMDALE, CA 93550

---

**December 29, 2020, 1:38 am**
Arrived at Post Office
PALMDALE, CA 93550

---

**December 28, 2020**
In Transit to Next Facility

---

**December 27, 2020, 1:34 pm**
Departed USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 26, 2020, 11:33 am**
Arrived at USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 25, 2020, 7:28 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**December 25, 2020, 12:22 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

Feedback

**Product Information** ⌄

---

**See Less** ⌃

# **<u>EXHIBIT C</u>**



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Michelle Jensen
*Assistant United States Attorney*
*Direct Line: (206) 553-2619*

*700 Stewart Street, Suite 5220    Tel:  (206) 553-7970*
*Seattle WA, 98101-1271             Fax: (206) 553-6934*
*www.usdoj.gov/usao/waw*

December 18, 2020

___**Via United States Postal Service Priority Mail**___
**Tracking No.: 9114 9023 0722 4845 6086 54**

R████ F███ H████████
████████████
Palmdale, California    93551

**RE:    Notice of Property Preliminarily Forfeited in**
          ***United States v. Ryan S. Hernandez,*** **Case No. CR19-259-JCC**
          **United States District Court for the Western District of Washington**

Dear Mr. H███████:

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, **you must file a petition within 30 days of receiving this letter**. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 370-8400).

If you do file a petition, I would ask that you kindly send a copy to me as well, at the reply address identified in the letterhead above.

Sincerely,

BRIAN T. MORAN
United States Attorney

MICHELLE JENSEN
Assistant United States Attorney

Enclosure

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 9114902307224845608654          Remove ✕

Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

## ⊘ Delivered

December 30, 2020 at 4:27 pm
Delivered, In/At Mailbox
PALMDALE, CA 93551

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                    ⌄

---

**Tracking History**                    ⌃

**December 30, 2020, 4:27 pm**
Delivered, In/At Mailbox
PALMDALE, CA 93551
Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

---

**December 29, 2020, 6:10 am**
Out for Delivery
PALMDALE, CA 93550

---

**December 29, 2020, 1:38 am**
Arrived at Post Office
PALMDALE, CA 93550

**December 28, 2020**
In Transit to Next Facility

**December 27, 2020, 1:34 pm**
Departed USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

**December 26, 2020, 11:33 am**
Arrived at USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

**December 25, 2020, 7:28 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

**December 25, 2020, 12:22 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

Feedback

**Product Information** ⌄

**See Less** ⌃

# **<u>EXHIBIT D</u>**



**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*Please reply to:*
*Michelle Jensen*
*Assistant United States Attorney*
*Direct Line: (206) 553-2619*

*700 Stewart Street, Suite 5220*   Tel: *(206) 553-7970*
*Seattle WA, 98101-1271*   Fax: *(206) 553-6934*
*www.usdoj.gov/usao/waw*

December 18, 2020

***Via United States Postal Service Priority Mail***
**Tracking No.: 9114 9023 0722 4845 6086 23**

S▆ H▆▆
▆▆▆▆▆▆▆
Palmdale, California   93551

RE:   **Notice of Property Preliminarily Forfeited in**
      ***United States v. Ryan S. Hernandez,*** **Case No. CR19-259-JCC**
      **United States District Court for the Western District of Washington**

Dear Mr. H▆▆▆:

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, **you must file a petition within 30 days of receiving this letter**. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 370-8400).

If you do file a petition, I would ask that you kindly send a copy to me as well, at the reply address identified in the letterhead above.

Sincerely,

BRIAN T. MORAN
United States Attorney

MICHELLE JENSEN
Assistant United States Attorney

Enclosure

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9114902307224845608623

Remove ✕

Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

Feedback

## ⊘ Delivered

December 30, 2020 at 4:27 pm
Delivered, In/At Mailbox
PALMDALE, CA 93551

**Get Updates** ⌄

---

**Text & Email Updates**                                                   ⌄

---

**Tracking History**                                                       ⌃

**December 30, 2020, 4:27 pm**
Delivered, In/At Mailbox
PALMDALE, CA 93551
Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

---

**December 29, 2020, 6:10 am**
Out for Delivery
PALMDALE, CA 93550

---

**December 29, 2020, 1:38 am**
Arrived at Post Office
PALMDALE, CA 93550

---

**December 28, 2020**
In Transit to Next Facility

---

**December 27, 2020, 1:34 pm**
Departed USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 26, 2020, 11:33 am**
Arrived at USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 25, 2020, 7:28 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

Feedback

---

**December 25, 2020, 12:22 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**Product Information**  ∨

---

**See Less** ∧

# **<u>EXHIBIT E</u>**

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
Michelle Jensen
*Assistant United States Attorney*
*Direct Line: (206) 553-2619*

*700 Stewart Street, Suite 5220*   *Tel: (206) 553-7970*
*Seattle WA, 98101-1271*   *Fax: (206) 553-6934*
*www.usdoj.gov/usao/waw*

December 18, 2020

***Via United States Postal Service Priority Mail***
**Tracking No.: 9114 9023 0722 4845 6086 61**

S██████ M██████, H██████
██████████████████████
Palmdale, California    93551

**RE:   Notice of Property Preliminarily Forfeited in**
       ***United States v. Ryan S. Hernandez,* Case No. CR19-259-JCC**
       **United States District Court for the Western District of Washington**

Dear Mrs. H██████:

This letter is to notify you that the property identified in the enclosed Preliminary Order of Forfeiture, which was entered in the above-captioned federal prosecution, is subject to forfeiture to the United States. We are sending you this notice pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and 21 United States Code ("U.S.C.") § 853(n)(1).

Before this property is finally forfeited, the Court will adjudicate any third-party petitions that are filed claiming an interest in it. The recognized bases for stating an interest in criminally forfeitable property are outlined at 21 U.S.C. § 853(n)(6)(A) & (B). If you believe you have such an interest in this property and want to contest the final forfeiture, **you must file a petition within 30 days of receiving this letter**. *See* 21 U.S.C. § 853(n)(2). Your petition must be signed under penalty of perjury, must state the nature and extent of your interest in the property (including the time and circumstances under which you acquired your interest and any additional facts to support it), and must be filed with the Court. *See* 21 U.S.C. § 853(n)(2) & (3). We also recommend you reference the case title and number in your petition.

You can file your petition by sending it to: Clerk's Office, United States District Court, Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101 (Telephone: (206) 370-8400).

If you do file a petition, I would ask that you kindly send a copy to me as well, at the reply address identified in the letterhead above.

Sincerely,

BRIAN T. MORAN
United States Attorney

MICHELLE JENSEN
Assistant United States Attorney

Enclosure

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…**

# USPS Tracking®

FAQs >

### Track Another Package  +

**Tracking Number:** 9114902307224845608661                    Remove ✕

Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

Feedback

## ✓ Delivered

December 30, 2020 at 4:27 pm
Delivered, In/At Mailbox
PALMDALE, CA 93551

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                 ⌃

**December 30, 2020, 4:27 pm**
Delivered, In/At Mailbox
PALMDALE, CA 93551
Your item was delivered in or at the mailbox at 4:27 pm on December 30, 2020 in PALMDALE, CA 93551.

---

**December 29, 2020, 6:10 am**
Out for Delivery
PALMDALE, CA 93550

---

Case 2:19-cr-00259-JCC   Document 56   Filed 02/03/21

**December 29, 2020, 1:38 am**
Arrived at Post Office
PALMDALE, CA 93550

---

**December 28, 2020**
In Transit to Next Facility

---

**December 27, 2020, 1:34 pm**
Departed USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 26, 2020, 11:33 am**
Arrived at USPS Regional Facility
BAKERSFIELD CA DISTRIBUTION CENTER

---

**December 25, 2020, 7:28 am**
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

---

**December 25, 2020, 12:22 am**
Arrived at USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

Feedback

---

**Product Information**                                                          ∨

---

**See Less** ∧