THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN S. HERNANDEZ,<br><br>　　　　　　Defendant. | CASE NO. CR19-0259-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 56). The Government seeks final forfeiture of the following electronics:

1. One Seagate external hard drive, serial no. Z84112WS;
2. One Apple Macbook, serial no. C02MN8TDFD57;
3. Nintendo Switch console, serial no. XAW10001300634;
4. Nintendo Switch console, serial no. XAW10021377616;
5. IS-Nitro-Emulator, serial no. 08050639; and
6. NDEV wireless device, serial no. NMA20089065.

The Court, having reviewed the motion and the relevant record, hereby FINDS entry of a final order of forfeiture is appropriate because:

- In the plea agreement entered on January 31, 2020, the Defendant agreed to forfeit his interest in the above-identified electronics pursuant to 18 U.S.C. § 1030(i). (Dkt. No. 11);

- On November 23, 2020, the Court entered a Preliminary Order of Forfeiture finding the above-identified electronics forfeitable pursuant to 18 U.S.C. § 1030(i) and forfeiting the Defendant's right, title, and interest in them. (Dkt. No. 39);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 51) and provided direct notice to potential claimants as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 56-1); and,

- The time for filing third-party claims has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1) No right, title, or interest in the above-identified electronics exists in any party other than the United States;

2) The above-identified electronics are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3) The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the above-identified electronics as permitted by law.

DATED this 18th day of February 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE