The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN S. HERNANDEZ,<br><br>　　　　　Defendant. | No. CR19-259-JCC<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Assistant United States Attorney Michelle Jensen hereby withdraws as attorney of record for the United States.

DATED this 22nd day of February, 2021.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

 /s/ Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Notice of Withdrawal - 1
*United States v. Ryan S. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

      */s/ Donna R. Taylor*
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:   (206) 553-4132
Donna.R.Taylor@usdoj.gov

Notice of Withdrawal - 2
*United States v. Ryan S. Hernandez,* CR19-259-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970